# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 16, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132916(60)

PONTIAC FIRE FIGHTERS UNION
LOCAL 376,
            Plaintiff-Appellee,

v

CITY OF PONTIAC,
            Defendant-Appellant.

SC: 132916
COA: 271497
Oakland CC: 2006-075367-CL

_____

On order of the Chief Justice, the motion by the International Association of Fire Fighters and the Michigan Professional Fire Fighters Union for leave to file a brief *amicus curiae* is considered and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 16, 2007

Clerk